UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-100 |
| | § | |
| WENDEL & ASSOCIATES, INC. | § | |

### CERTIFICATE OF PARTIES FINANCIALLY INTERESTED IN THE OUTCOME OF LITIGATION

Pursuant to the Order for Conference and Disclosure of Interested Parties of **March 9, 2000**, Plaintiff, Koch Pipeline Company, L.P. hereby files its certificate listing all persons, associations of persons, firms, partnership corporations, affiliates, parent corporations, or other entities that they are aware of and are financially interested in the outcome of this litigation.

1. Koch Pipeline Company, L.P.
   4111 East 37th Street North
   Wichita, KS 67220

2. Wendel & Associates, Inc.
   545 N. Upper Broadway, Suite 603
   Corpus Christi, TX 78476

             Respectfully submitted,

             Robert E. Pinnell
             Kansas State Bar No. 15270
             Federal I.D. No. 19419
             Of Counsel
             Koch Industries, Inc.
             Legal Department
             4111 East 37th Street North
             Wichita, Kansas 67201

             and

Certificate of Parties Financially Interested in the
Outcome of Litigation - Page 1
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\certif-1st.wpd

3.

Gene R. Ward
Texas State Bar No. 2084150
Federal I.D. No. 7645
Attorney in Charge
Tom M. Harrison
Texas State Bar No. 09122300
Federal I.D. No: 1891
Hornblower, Manning & Ward
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728

*Gene R. Ward, Jur*
ATTORNEYS FOR PLAINTIFF, KOCH
PIPELINE COMPANY, L.P.

## CERTIFICATE OF SERVICE

I certify that on **March 22**, 2000, a complete and correct copy of CERTIFICATE OF PARTIES FINANCIALLY INTERESTED IN THE OUTCOME OF LITIGATION was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR NO: 7099 3220 0004 6568 7842**
Mr. Marvin C. Moos
Carlson, Smith & Rymer
2801 Post Oak Blvd., Suite 250
Houston, TX 77056

*Gene R. Ward, by JMF*
Gene R. Ward

Certificate of Parties Financially Interested in the
Outcome of Litigation - Page 2
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\certif-1st.wpd