```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED

         IN THE UNITED STATES DISTRICT COURT         MAR 23 2000
         FOR THE SOUTHERN DISTRICT OF TEXAS
                CORPUS CHRISTI DIVISION             Michael N. Milby, Clerk
```

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## DISCLOSURE OF INTERESTED PARTIES

Comes now Defendant, WENDEL & ASSOCIATES, INC., and hereby files its Disclosure of Interested Parties in accordance with the Court's Order for Conference:

Defendant: Wendel & Associates, Inc.

Counsel for Plaintiff, Koch Pipeline Company, L.P., will be filing a separate Disclosure of Interested Parties.

Respectfully submitted,

By: _____
Nathan M. Rymer
State Bar No. 00792814
Marvin C. Moos
State Bar No. 14413900
Michael G. Dunnahoo
State Bar No. 06256780

ATTORNEYS IN CHARGE FOR
WENDEL & ASSOCIATES, INC.

OF COUNSEL:

**CARLSON, SMITH & RYMER**
2801 Post Oak Blvd., Suite 250
Houston, Texas 77056
Telephone: (713) 626-1550
Facsimile: (713) 626-1558

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon all counsel of record herein via Certified Mail, Return Receipt Requested, on this 22nd day of March, 2000, as addressed below:

Mr. Gene R. Ward
Mr. Tom M. Harrison
Hornblower, Manning & Ward
P.O. Box 2728
Corpus Christi, Texas 78403-2728

Marvin C. Moos

2