United States District Court
Southern District of Texas
FILED

APR 11 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-100 |
| | § | |
| WENDEL & ASSOCIATES, INC. | § | |

## JOINT REPORT OF MEETING OF COUNSEL
## AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

Plaintiff and Defendant, by and through their counsel of record, file the following Joint Report of Meeting of Counsel and Joint Discovery/Case Management Plan:

1. State where and when the meeting of the parties required by Rule 26 was held, and identify the counsel who attended for each party.

**Meeting was held by telephone conference on April 10, 2000, in Corpus Christi, Texas and Houston, Texas.**

**Parties attending were: Plaintiff, by and through its attorney, Tom M. Harrison of Hornblower, Manning & Ward Professional Corporation; and Defendant, by and through its attorney, Marvin Moos of Smith, Rymer, Moore & Moos.**

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

**None.**

3. <u>Briefly</u> describe what this case is about.

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 1
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd

**Koch alleges that Defendant performed work under contract with Koch to replace a "rectifier unit" on Koch's crude oil pipeline system. Koch alleges that Defendant's work was performed negligently. Koch alleges that Defendant failed to hire an adequately trained employee or to train its employee after hiring to perform the work under the contract. Koch also alleges breach of the contract and the implied warranty of good and workmanlike performance. Koch alleges damages in excess of $2.5 million as a result of the leak caused to its pipeline which resulted from Defendant's conduct. Defendant denies the allegations of Koch.**

4. Specify the allegation of federal jurisdiction.

This Court has subject matter jurisdiction under 28 U.S.C.§1332, as the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

Pursuant to 28 U.S.C.§1391(a), the venue of this action is properly placed in the Southern District of Texas, Corpus Christi Division, because a substantial part of the events or omissions giving rise to the basis of Plaintiff's claims arose in this Division.

5. Name the parties who disagree and the reasons.

**None.**

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 2
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd

**None anticipated by the parties.**

7. List anticipated interventions.

**None anticipated by the parties.**

8. Describe class-action issues.

**None.**

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**The parties will complete their initial disclosures 20 days after Defendant, Wendel files its Original Answer.**

10. Describe the proposed agreed discovery plan, including:

A. Responses to all the matters raised in Rule 26(f).

**Discovery will be completed by December 29, 2000.**

B. When and to whom the Plaintiffs anticipate they may send interrogatories.

**Koch will send written discovery to the Defendant on or before June 15, 2000.**

C. When and to whom the Defendants anticipate they may send interrogatories.

**Wendel will send written discovery to Plaintiff on or before June 29, 2000.**

D. Of whom and by when the Plaintiffs anticipate taking oral depositions.

**Koch intends to take the following depositions within the next 180 days:**

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 3
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd

   **1) Fact witnesses identified by Defendant.**

   **2) Each of Defendant's designated experts**.

  E. Of whom and by when the Defendants anticipate taking oral depositions.

**Wendel intends to take the following depositions within the next 180 days.**

   **1) Fact witnesses identified by Plaintiff.**

   **2) Each of Plaintiff's designated experts**

  F. When the Plaintiffs (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing parties will be able to designate responsive experts and provide their reports.

**Koch agrees to designate their experts, produce their reports and make such experts available for deposition by November 20, 2000.**

**Wendel agrees to designate their experts, produce their reports and make such experts available for deposition by December 8, 2000.**

  G. List expert depositions the Plaintiffs (or the party with the burden of proof on an issue) anticipate taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).

**Koch agrees to designate their experts, produce their reports and make such experts available for deposition by November 20, 2000.**

  H. List expert depositions the opposing parties anticipate taking and their anticipated

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 4
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd

completion date. See Rule 26(a)(2)(B) (expert report).

**Wendel agrees to designate their experts, produce their reports and make such experts available for depositions by December 8, 2000.**

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**None.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**None.**

13. State the date the planned discovery can reasonably be completed.

**Discovery will be completed by December 29, 2000.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**The parties have attempted initial settlement discussions, and those will continue.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties have attempted initial settlement discussions, and those will continue.**

16. From the attorneys' discussions with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 5
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd

**Mediation may be warranted after discovery is completed.**

17.   Magistrate judges may hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

**All parties do consent.**

18.   State whether a jury demand has been made and if it was made on time.

**Yes**.

19.   Specify the number of hours it will take to present the evidence in this case.

**The parties believe 40 hours total.**

20.   List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**None.**

21.   List other motions pending.

**None.**

22.   Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

**None.**

23.   Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 6
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan wpd

**Koch filed its Disclosure of Interested Parties on March 22, 2000.**

**Wendel filed its Disclosure of Interested Parties on March 24, 2000.**

24.  List the names, bar numbers, addresses and telephone numbers of all counsel.

<u>ATTORNEYS FOR PLAINTIFF, KOCH PIPELINE COMPANY, L.P.</u>
Robert Pinnell
Koch Industries, Inc.
Kansas Bar No. 16076
P. O. Box 2256
Wichita, KS 67201-2256
Telephone:    (316) 828-8594
Telecopier:   (316) 828-4780

and

Gene R. Ward
State Bar No. 20841500
Federal I.D. No. 7645
Tom M. Harrison
Texas State Bar No. 09122300
Federal I.D. No: 1891
P. O. Box 2728
Corpus Christi, TX 78403-2728
Telephone:    (361) 888-8041
Telecopier:   (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation

<u>ATTORNEY FOR DEFENDANT, WENDEL & ASSOCIATES, INC.</u>
Nathan M. Rymer
Texas State Bar No.  00792814
Marvin C. Moos
Texas State Bar No.  14413900
Michael G. Dunnahoo

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 7
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd

      Texas State Bar No. 06256780
      Smith, Rymer, Moore & Moos
      2801 Post Oak Blvd., Suite 250
      Houston, TX 77056
      Telephone:   (713) 626-1550
      Telecopier:   (713) 626-1558

Respectfully submitted by Counsel,

Robert E. Pinnell
Kansas State Bar No. 15270
Federal I.D. No. 19419
Of Counsel
Koch Industries, Inc.
Legal Department
4111 East 37th Street North
Wichita, Kansas 67201
Telephone:   (316) 828-8594
Telecopier:   (316) 828-4780

    and

Gene R. Ward
Texas State Bar No. 2084150
Federal I.D. No. 7645
Attorney in Charge
Tom M. Harrison
Texas State Bar No. 09122300
Federal I.D. No: 1891
Hornblower, Manning & Ward
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728
Telephone:   (361) 888-8041
Telecopier:   (361) 888-8222

_/s/ Tom Harrison_

ATTORNEYS FOR PLAINTIFF,
KOCH PIPELINE COMPANY, L.P.

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 8
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd

Nathan M. Rymer
Texas State Bar No. 00792814
Marvin C. Moos
Texas State Bar No. 14413900
Michael G. Dunnahoo
Texas State Bar No. 06256780
Smith, Rymer, Moore & Moos
2801 Post Oak Blvd., Suite 250
Houston, TX 77056
Telephone:     (713) 626-1550
Telecopier:    (713) 626-1558

*Marvin Moos by permission by [signature]*
ATTORNEY FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

Dated: _____April 11_____, 2000.

Joint Report of Meeting of Counsel and Joint
Discovery/Case Management Plan - Page 9
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Case-Mgmt-Plan.wpd