# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED
APR 1 3 2000
MICHAEL N. MILBY
CLERK

**JUDGE PRESIDING:** JANIS GRAHAM JACK
**CASE MANAGER:** Mary Beth Garza
**COURT RECORDER:** Velma Gano
**LAW CLERK:** Aimee DeSantis
**U.S.C.S.O.:** Eleazar Jaime
**U.S. MARSHAL:**
**INTERPRETER:**

**DATE:** April 13, 2000   **OPEN:** 2:15   **ADJOURN:** 2:51
**TAPE:** # 6

**CIVIL ACTION NUMBER:** C-00-100

Koch Pipeline Co.    **COUNSEL:** ~~Gene Ward~~ Robert Pinnell, Tom Harrison

VS.

Wendel & Associates    **COUNSEL:** David Burkett / Marvin Moos

(✓) IPTC: Case called. Appearances are made. Discussion of case matters. Court signs scheduling order. Court refers parties to mediation. Case is set for final pretrial conference on Monday, April 2, 2001 at 8:30 am with jury selection on Tuesday, April 3, 2001 at 8:00 am. All deadline dates change as set forth in scheduling order. ~~Adjourned.~~ Court orders parties to pre-mark and exchange exhibits prior to the filing of the joint pre-trial order. Adjourned.