```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED
APR 14 2000
Michael N. Milby, Clerk of Court

KOCH PIPELINE COMPANY, L.P.    §
                               §
V.                             §   C.A. NO. C-00-100
                               §
WENDEL & ASSOCIATES, INC.      §

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 13th day of April, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE