United States District Court
Southern District of Texas
FILED

APR 18 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## SUPPLEMENTAL JOINT REPORT OF MEETING OF COUNSEL AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

Plaintiff and Defendant, by and through their counsel of record, file the following Supplemental Joint Report of Meeting of Counsel and Joint Discovery/Case Management Plan:

17.  Magistrate judges may hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**The parties do not consent to a magistrate judge.**

Dated: April 18th, 2000.

                                                      Respectfully submitted by Counsel,

                                                      Robert E. Pinnell
                                                      Kansas State Bar No. 15270
                                                      Federal I.D. No. 19419
                                                      Of Counsel
                                                      Koch Industries, Inc.
                                                      Legal Department
                                                      4111 East 37th Street North
                                                      Wichita, Kansas 67201
                                                      Telephone: (361) 828-8594
                                                      Telecopier: (361) 828-4780

                                                      and

Gene R. Ward
Texas State Bar No. 2084150
Federal I.D. No. 7645
Attorney in Charge
Tom M. Harrison
Texas State Bar No. 09122300
Federal I.D. No. 1891
Hornblower, Manning & Ward
Professional Corporation
P.O. Box 2728
Corpus Christi, Texas 78403-2728
Telephone: (361) 888-8041
Telecopier: (361) 888-8222


_____
ATTORNEYS FOR PLAINTIFF,
KOCH PIPELINE COMPANY, L.P.



Nathan M. Rymer
Texas State Bar No. 00792814
Marvin C. Moos
Texas State Bar No. 14413900
Michael G. Dunnahoo
Texas State Bar No. 06256780
Smith, Rymer, Moore & Moos, P.C.
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558


_____
ATTORNEYS FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

2