IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY - 1 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| KOCH PIPELINE COMPANY, L.P. § | |
| § | |
| V. § | C.A. No. C-00-100 |
| § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. § | |

## NOTICE OF FIRM NAME CHANGE

COMES NOW CARLSON, SMITH & RYMER, attorneys for Defendant WENDEL & ASSOCIATES, INC., in the above-styled and numbered cause, and files this its Notice of Firm Name Change and would respectfully show as follows:

I.

The new firm name effective upon receipt is as follows:

**Smith, Rymer, Moore & Moos, P.C.**
**2801 Post Oak Blvd., Suite 250**
**Houston, Texas 77056**
**Telephone: (713) 626-1550**
**Facsimile: (713) 626-1558**

II.

The parties to this case and the Clerk of the Court are hereby requested to please take notice of these changes and to address all future correspondence and communications accordingly.

Respectfully submitted,

By: _____
Nathan M. Rymer
Texas State Bar No. 00792814
Marvin C. Moos
Texas State Bar No. 14413900
Michael G. Dunnahoo
Texas State Bar No. 06256780

ATTORNEYS FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon opposing counsel of record herein via Certified Mail, Return Receipt Requested, hand delivery and/or facsimile, on this 27th day of April, 2000, as follows:

Mr. Gene R. Ward
Mr. Tom Harrison
Hornblower, Manning & Ward
P.O. Box 2725
Corpus Christi, Texas 78403-2728

_____
Marvin C. Moos

2