United States District Court
Southern District of Texas
FILED

MAY 0 2 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

KOCH PIPELINE COMPANY, L.P. §
§
VS. § CIVIL ACTION NO. C-00-100
§
WENDEL & ASSOCIATES, INC. §

## AMENDED CERTIFICATE OF PARTIES FINANCIALLY INTERESTED IN THE OUTCOME OF LITIGATION

Pursuant to the Order for Conference and Disclosure of Interested Parties of **March 9, 2000**, Plaintiff, Koch Pipeline Company, L.P. hereby files its certificate listing all persons, associations of persons, firms, partnership corporations, affiliates, parent corporations, or other entities that they are aware of and are financially interested in the outcome of this litigation.

1. Koch Pipeline Company, L.P.
   4111 East 37th Street North
   Wichita, KS 67220

2. Wendel & Associates, Inc.
   545 N. Upper Broadway, Suite 603
   Corpus Christi, TX 78476

3. Virgal Leon Wiederkehr - Property Owner
   7607 Brookhollow Cove
   Austin, TX 78752
   (512) 454-9093

Amended Certificate of Parties Financially Interested in the
Outcome of Litigation - Page 1
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Amd-certif.wpd

Respectfully submitted,

Robert E. Pinnell
Kansas State Bar No. 15270
Federal I.D. No. 19419
Of Counsel
Koch Industries, Inc.
Legal Department
4111 East 37th Street North
Wichita, Kansas 67201
(316) 828-8522
FAX (316) 828-4780

and

Gene R. Ward
Texas State Bar No. 2084150
Federal I.D. No. 7645
Attorney in Charge
Tom M. Harrison
Texas State Bar No. 09122300
Federal I.D. No: 1891
Hornblower, Manning & Ward
Professional Corporation
P.O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX (361) 888-8222

_____
ATTORNEYS FOR PLAINTIFF, KOCH
PIPELINE COMPANY, L.P.

Amended Certificate of Parties Financially Interested in the
Outcome of Litigation - Page 2
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Amd-certif.wpd

## CERTIFICATE OF SERVICE

I certify that on ___5-2___, 2000, a complete and correct copy of **Amended Certificate of Parties Financially Interested in the Outcome of Litigation** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR NO: 7099 3220 0004 6568 7965**
Mr. Marvin C. Moos
Smith, Rymer, Moore & Moos, P.C.
2801 Post Oak Blvd., Suite 250
Houston, TX 77056

_____Gene Ward_____
Gene R. Ward

Amended Certificate of Parties Financially Interested in the
Outcome of Litigation - Page 3
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Amd-certif.wpd