UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 23 2000

Michael N. Milby, Clerk of Court

Koch Pipeline Company, L.P.    §

VS.                            §   CIVIL ACTION NO. __C-00-100__

Wendel & Associates, Inc.      §

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Defendant's First Amended Answer__;
however, it is deficient in the area (s) checked below:

1. __X__ Pleading is not signed. (L.R.2.C) **Not signed by, or by permission of, attorney in charge.**
2. ____ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)
3. ____ Caption of the pleading is incomplete (L.R.3.E)
4. ____ No certificate of service, or explanation why service is not required (L.R.3.G)
5. ____ No statement re conference w/opposing counsel (L.R.6.A.4)
6. ____ Separate proposed order not attached (L.R.6.A.3)
7. ____ Motion to consolidate is not in compliance with L.R.6.G
8. ____ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __5-22-00__
(Re: D.E. #18)/smw

_____
JUDGE PRESIDING