IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

United States District Co...
Southern District ...

MAY 25 2000

MICHAEL N. MILBY CLERK

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WENDEL & ASSOCIATES, INC. ("Wendel") Defendant in the above-entitled and numbered cause and files its Unopposed Motion for Leave to File Second Amended Answer and would respectfully show the Court as follows:

### I.
### Introduction

1. Plaintiff, Koch Pipeline Company, L.P. ("Koch") filed this lawsuit against Wendel on March 7, 2000.

2. Wendel executed a waiver of summons, which required an answer to be filed by May 9, 2000.

3. Defendant filed its Answer on May 8, 2000.

4. The Court signed an Order striking Defendant's Answer on May 12, 2000, noting that Defendant did not provide federal bar identification numbers. The clerk entered this Order on May 15, 2000.

5. Defendant filed its Second Amended Answer, which provided federal identification numbers for the listed Attorney-in-Charge, Nathan M. Rymer, and the other

attorneys making an appearance in this case on May 24, 2000. Defendant also filed an unopposed motion for leave on same date.

6. On May 22, 2000, the Court struck the unopposed motion for leave and the First Amended Answer because the Attorney-in-Charge did not sign the pleading. Subsequent conversations with the Court's clerk indicated that the Court's docket lists Marvin C. Moos as Attorney-in-Charge in this case.

7. Filed concurrently herewith is a Motion to Substitute Attorney-in-Charge, which lists Nathan M. Rymer as the Attorney-in-Charge for the Defendant. Marvin C. Moos and Ewell H. "Jack" Jackson, IV are of counsel only.

8. Defendant respectfully requests leave to file this amended answer. Counsel for Koch is unopposed to this motion. Defendant respectfully submits that leave to file would not interfere with any deadlines currently in place and that the parties are actively working on all Rule 26 Disclosures at this point in time.

WHEREFORE, PREMISES CONSIDERED, Defendant Wendel & Associates, Inc. respectfully requests this Court grant leave to file its Second Amended Answer.

Dated: May 24, 2000.

2

Respectfully submitted,

By: ___*Nathan M. Rymer / by permission*___
Nathan M. Rymer
State Bar No.: 00792814
Federal I.D. No.: 18902
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant conferred with counsel for Plaintiff, Koch Pipeline Company, L.P. and that this motion is unopposed.

*Nathan M. Rymer / by permission*
Nathan M. Rymer

3

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon opposing counsel of record herein via Certified Mail, Return Receipt Requested and by facsimile, on this 24th day of May, 2000, addressed as follows:

Mr. Gene R. Ward
Mr. Tom Harrison
Hornblower, Manning & Ward
P.O. Box 2725
Corpus Christi, Texas 78403-2728

_Nathan M. Rymer /by permission_
Nathan M. Rymer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## ORDER

On this day came to be considered Defendant's Unopposed Motion for Leave to Second First Amended Answer. The Court, having reviewed the motion is of the opinion such motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion for Leave to File Second Amended Answer is hereby GRANTED.

SIGNED this _____ day of May, 2000.

_____
HONORABLE JANIS G. JACK
UNITED STATES DISTRICT COURT JUDGE