United States District **Court**
Southern District of **Texas**
**ENTERED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**JUN 0 2 2000**

**Michael N. Milby, Clerk of Court**

| | | |
|---|---|---|
| Koch Pipeline Co., L.P. | § | 24. |
| VS. | § | CIVIL ACTION NO. ___C-00-100___ |
| Wendel & Associates, Inc. | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your ___Defendant's Second Amended Answer___;

however, it is deficient in the area (s) checked below:

1. __X__ Pleading is not signed. (LR11.3) **Not signed by, or by permission of, attorney in charge.**

2. ____ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ____ Caption of the pleading is incomplete (LR10.1)

4. ____ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re conference w/opposing counsel (LR7.1D)

6. ____ Separate proposed order not attached (LR7.1C)

7. ____ Motion to consolidate is not in compliance with LR7.6

8. ____ Other: _____

_____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and

notify counsel of such action.

Dated: ___5-31-00___

(Re:  D.E. #22)/smw

_____
JUDGE PRESIDING