UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2000

Michael N. Milby, Clerk of Court

Koch Pipelinie Co., L.P. _____ §

VS.                              §        CIVIL ACTION NO. __C-00-100____

Wendel & Associates, Inc. ____   §


## ORDER STRIKING PLEADING (S)


The clerk has filed your __Unopposed Motion for Leave to File Second Amended__
__Answer__

however, it is deficient in the area (s) checked below:

1. __X__ Pleading is not signed. (LR11.3)**Not signed by, or by permission of, attorney in charge.**

2. ____ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ____ Caption of the pleading is incomplete (LR10.1)

4. ____ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re conference w/opposing counsel (LR7.1D)

6. ____ Separate proposed order not attached (LR7.1C)

7. ____ Motion to consolidate is not in compliance with LR7.6

8. ____ Other: _____

_____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and

notify counsel of such action.


Dated: ___5-31-00___

(Re: D.E. #21)/smw

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com