IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN – 8 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## AMENDED UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WENDEL & ASSOCIATES, INC. ("Wendel") Defendant in the above-entitled and numbered cause and files its Amended Unopposed Motion to Substitute Attorney-in-Charge and would respectfully show the Court as follows:

### I.
### Introduction

1.    Marvin C. Moos asks this Court to allow him to withdraw as Attorney-in-Charge for Defendant, Wendel & Associates, Inc. ("Wendel").  Mr. Moos will remain as of counsel in this matter.

2.    Nathan M. Rymer, 2801 Post Oak Blvd., Suite 250, Houston, Texas 77056, (713) 626-1550 telephone, (713) 626-1558 facsimile, State Bar No. 00792814, Federal I.D. No. 18902 will be substituted as the new Attorney-in-Charge for Defendant.

3.    Wendel & Associates, Inc. approves this substitution, as reflected by the enclosed signature page.  The withdrawal and substitution of attorneys is not being made for purposes of delay.

4.    This motion is unopposed.

27

5.     Defendant respectfully submits that this substitution will not result in any delays in this case

6.     The substituting attorney, Nathan M. Rymer, is familiar with the Court's Scheduling Order.

7.     For these reasons, Marvin C. Moos asks this Court to grant his motion to withdraw as Attorney-in-Charge, and substitute Nathan M. Rymer as Attorney-in-Charge for Defendant, Wendel & Associates, Inc.

WHEREFORE, PREMISES CONSIDERED, Defendant Wendel & Associates, Inc. respectfully requests this Court grant Defendant's Unopposed Motion to Substitute Attorney-in-Charge.

Dated: June 8, 2000.

Respectfully submitted,

By:_____

Nathan M. Rymer
State Bar No.: 00792814
Federal I.D. No.: 18902
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

2

SMITH, RYMER, MOORE & MOOS, P.C.

By: _____

      Marvin C. Moos
      State Bar No.: 14413900
      Federal I.D. No.: 15545

WITHDRAWING AS ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.


OF COUNSEL:

Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

3

WENDEL & ASSOCIATES, INC.

By: _____
G.M (         ke Wendel
President
545 N. Upper Broadway, Ste. 603
Corpus Christi, Texas 78476

DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon opposing counsel of record herein via Certified Mail, Return Receipt Requested and by facsimile, on this _____ 7th ___ day of June, 2000, addressed as follows:

Mr. Gene R. Ward
Mr. Tom Harrison
Hornblower, Manning & Ward
P.O. Box 2725
Corpus Christi, Texas 78403-2728

Nathan M. Rymer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

KOCH PIPELINE COMPANY, L.P.          §
                                     §
V.                                   §     C.A. No. C-00-100
                                     §     (JURY REQUESTED)
WENDEL & ASSOCIATES, INC.            §

## ORDER

On this day, the Court considered Defendant's Amended Unopposed Motion to Substitute

Attorney-in-Charge for Defendant, Wendel & Associates, Inc.  After considering the motion, the

Court finds good cause to allow Marvin C. Moos to withdraw as Attorney-in-Charge for

Defendant.

Therefore, the Court  GRANTS the motion and Orders:

Marvin C. Moos is allowed to withdraw as Attorney-in-Charge for Defendant.

Nathan M. Rymer is substituted as Attorney-in-Charge for Defendant.

Marvin C. Moos and Ewell H. "Jack" Jackson will remain as of counsel for Defendant.

SIGNED this _____ day of June, 2000.


_____
HONORABLE JANIS G.  JACK
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AND ENTRY REQUESTED:**

By: _____

Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

WITHDRAWING AS ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDDEL & ASSOCIATES, INC.

By: _____

Nathan M. Rymer
State Bar No.: 00792814
Federal I.D. No.: 18902
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

WENDEL & ASSOCIATES, INC.

By: _____

G.M ~~Mark~~ Wendel
President
545 N. Upper Broadway, Ste. 603
Corpus Christi, Texas 78476

DEFENDANT