United States District Court
Southern District of Texas
FILED

JUN - 9 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WENDEL & ASSOCIATES, INC. ("Wendel") Defendant in the above-entitled and numbered cause and files its Unopposed Motion for Leave to File Third Amended Answer and would respectfully show the Court as follows:

### I.
### Introduction

1. Plaintiff, Koch Pipeline Company, L.P. ("Koch") filed this lawsuit against Wendel on March 7, 2000.

2. Wendel executed a waiver of summons, which required an answer to be filed by May 9, 2000.

3. Defendant filed its Answer on May 8, 2000.

4. The Court signed an Order striking Defendant's Answer on May 12, 2000, noting that Defendant did not provide federal bar identification numbers. The clerk entered this Order on May 15, 2000.

5. Defendant filed its First Amended Answer, which provided federal identification numbers for the listed Attorney-in-Charge, Nathan M. Rymer, and the other attorneys making an

appearance in this case on May 24, 2000. Defendant also filed an unopposed motion for leave on same date.

6. On May 22, 2000, the Court struck the unopposed motion for leave and the First Amended Answer because the Attorney-in-Charge did not sign the pleading. Subsequent conversations with the Court's clerk indicated that the Court's docket lists Marvin C. Moos as Attorney-in-Charge in this case.

7. Filed concurrently herewith is an Amended Motion to Substitute Attorney-in-Charge, which lists Nathan M. Rymer as the Attorney-in-Charge for the Defendant. Marvin C. Moos and Ewell H. "Jack" Jackson, IV are of counsel only.

8. Defendant respectfully requests leave to file this amended answer. Counsel for Koch is unopposed to this motion. Defendant respectfully submits that leave to file would not interfere with any deadlines currently in place and that the parties are actively working on all Rule 26 Disclosures at this point in time. All counsel for Defendant are familiar with the Court's Scheduling Order.

WHEREFORE, PREMISES CONSIDERED, Defendant Wendel & Associates, Inc. respectfully requests this Court grant leave to file its Second Amended Answer.

Dated: June 8, 2000.

2

Respectfully submitted,

By: _____
Nathan M. Rymer
State Bar No.: 00792814
Federal I.D. No.: 18902
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant conferred with counsel for Plaintiff, Koch Pipeline Company, L.P. and that this motion is unopposed.

_____
Nathan M. Rymer

3

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon opposing counsel of record herein via Certified Mail, Return Receipt Requested and by facsimile, on this 8th day of June, 2000, addressed as follows:

Mr. Gene R. Ward
Mr. Tom Harrison
Hornblower, Manning & Ward
P.O. Box 2725
Corpus Christi, Texas 78403-2728

*Nathan M. Rymer* (signature)

Nathan M. Rymer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## ORDER

On this day came to be considered Defendant's Unopposed Motion for Leave to Third Amended Answer. The Court, having reviewed the motion is of the opinion such motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion for Leave to File Third Amended Answer is hereby GRANTED.

SIGNED this _____ day of June, 2000.

_____
HONORABLE JANIS G. JACK
UNITED STATES DISTRICT COURT JUDGE