IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 6 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## ORDER

On this day, the Court considered Defendant's Amended Unopposed Motion to Substitute Attorney-in-Charge for Defendant, Wendel & Associates, Inc. After considering the motion, the Court finds good cause to allow Marvin C. Moos to withdraw as Attorney-in-Charge for Defendant.

Therefore, the Court GRANTS the motion and Orders:

Marvin C. Moos is allowed to withdraw as Attorney-in-Charge for Defendant.

Nathan M. Rymer is substituted as Attorney-in-Charge for Defendant.

Marvin C. Moos and Ewell H. "Jack" Jackson will remain as of counsel for Defendant.

SIGNED this 14th day of June, 2000.

HONORABLE JANIS G. JACK
UNITED STATES DISTRICT COURT JUDGE

APPROVED AND ENTRY REQUESTED:

By: _____*M. C. Moos*_____
    Marvin C. Moos
    State Bar No.: 14413900
    Federal I.D. No.: 15545
    2801 Post Oak Blvd., Ste. 250
    Houston, Texas 77056
    Telephone: (713) 626-1550
    Telecopier: (713) 626-1558

WITHDRAWING AS ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDDEL & ASSOCIATES, INC.

By: _____*Nathan M. Rymer*_____
    Nathan M. Rymer
    State Bar No.: 00792814
    Federal I.D. No.: 18902
    2801 Post Oak Blvd., Ste. 250
    Houston, Texas 77056
    Telephone: (713) 626-1550
    Telecopier: (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

2

WENDEL & ASSOCIATES, INC.

By: _____
G.M (~~Mike~~) Wendel
President
545 N. Upper Broadway, Ste. 603
Corpus Christi, Texas 78476

DEFENDANT