IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 19 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § § | |
| V. | § § § | C.A. No. C-00-100 (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## ORDER

On this day came to be considered Defendant's Unopposed Motion for Leave to Third Amended Answer. The Court, having reviewed the motion is of the opinion such motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion for Leave to File Third Amended Answer is hereby GRANTED.

SIGNED this 17th day of June, 2000.

_____
HONORABLE JANIS G. JACK
UNITED STATES DISTRICT COURT JUDGE