```
                                                    ···· ··  ··ist Court
                                                    ·········      of Texas
                                                           FILED

                                                      JUL 0 6 2000

                                                    Michael N. Milby, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-100 |
| | § | |
| WENDEL & ASSOCIATES, INC. | § | |

## KOCH PIPELINE COMPANY, L.P.'S INITIAL DISCLOSURES

In accordance with Fed. R. Civ. P. 26(a)(1), Koch Pipeline Company, L.P., Plaintiff, serves the following information:

**1.     The name, and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subject of the information:**

Dan Adami
Dawson Production Services
P.O. Box 454
San Antonio, TX 78292-0454
(210) 476-0420

Records Custodian for AFC Leasing Service, Inc.
P.O. Box 776
Sinton, TX 78367
(361) 364-2547

Records Custodian for Alamo Lumber Supply #29
Freer, TX 78357

Records Custodian for Analysis Inc.
4221 Freidrich Lane, Suite 190
Austin, TX 78744
(512) 444-5896

---

Koch Pipeline Company, L.P.'s Initial Disclosures - Page 1
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Discover\INI-DISC.WPD

32.

Records Custodian for Applied Earth Sciences, Inc.
P.O. Box 201113
Houston, TX 77216-1113
(713) 981-7140

Charlene Barcellona
Applied Earth Sciences, Inc.
7322 Southwest Freeway, Suite 1000
Houston, TX 77074

R. Marcus Barksdale, P.E.
Technical Coordinator
Railroad Commission of Texas
1701 N. Congress Avenue
P.O. Box 12967
Austin, TX 78711-2967

Greg Baumer
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, Texas 78409
(361) 242-5508

Dave Brungardt
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, Texas 78409

Records Custodian for Dawson Production Services
P.O. Box 454
San Antonio, TX 78292-0454
(210) 476-0420

Records Custodian for DHL Analytical
2300 Double Creek Drive
Round Rock, TX 78664
(512) 388-8222

Dale D. Frazier
(Address and telephone unknown)

Russell Gibson
Gibson Pipeline Services, Inc.
P.O. Box 159
Sinton, TX 78387

(361) 364-4019

Records Custodian for Gibson Pipeline Services, Inc.
P.O. Box 159
Sinton, TX 78387
(361) 364-4019

Dago Gonzalez
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 79409
(361) 394-7961

Records Custodian for H&K Vacuum Trucks, Inc.
P.O. Drawer 370
Sinton, TX 78387-0370

Records Custodian for H&W Construction, Inc.
P.O. Box 9667
Corpus Christi, TX 78469-9667

Michael R. Hallgarth
Compliance Manager
Koch Pipeline Company, LP
8606 IH 37
Corpus Christi, TX 78409
(361) 241-5624

Jason Hill
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 79409
(361) 394-7961

John Huddsell
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 79409

Records Custodian for Intek Corporation
10410 Rockley Road
Houston, TX 77099
(281) 498-5855

Koch Pipeline Company, L.P.'s Initial Disclosures - Page 3
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Discover\INI-DISC.WPD

Records Custodian for Jam Construction, Inc.
P.O. Box 497
Freer, TX 78357-0407
(361) 394-6133

Records Custodian for KEI Consultants
5309 Wurzbach, Suite 100
San Antonio, TX 78238
(210) 680-3767

Records Custodian for Key Energy Service, Inc.
Gulf Coast Division
P.O. Box 676773
Dallas, TX 75267-6773
(409) 694-4700

Gabriel Lugo
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 78409

Bobby Martin
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 79409
(361) 394-7961

Benny Mumme
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 79409
(361) 394-7961

Fermin Munoz, Jr.
Railroad Commission of Texas
P.O. Box 10307
Corpus Christi, TX 78460-0307

Tony Murfin
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 78409

Records Custodian for National Oil Well
Drawer H

105 S. Norton
Freer, TX 78387
(361) 394-6115

Records Custodian for National Response Center
(Address and telephone unknown)

Ky Nichols
Superfund Division (6SF-RP)
U.S. EPA Region 6
1445 Ross Avenue
Dallas, TX 75202-2733
(214) 665-6783

Thomas J. O'Conner, Jr., E.I.T., REM
Applied Earth Sciences, Inc.
4455 SPID, Suite 28
Corpus Christi, TX 78411
(361) 854-9182

Roel Perez
Jam Construction, Inc.
P.O. Box 497
Freer, TX 78357-0407
(361) 394-6133

Records custodian for Railroad Commission of Texas
P.O. Box 10307
Corpus Christi, TX 78460-0307

Matt Robertson
National Response Center
(Address and telephone unknown)

Daniel E. Smading
Director of Water Quality Management
Koch Industries, Inc.
P.O. Box 2256
Wichita, KS 67201
(316) 828-8661

James Stiles
P.O. Box 114
Freer, TX 78357
(361) 394-7950

Records Custodian for Tuboscope Pipeline Service, Inc.
P.O. Box 808
Houston, TX 77001
(713) 799-5100

Rick Underwood
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 79409
(361) 394-7961

Records Custodian for U.S. Environmental Protection Agency
Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2733
(214) 665-6783

Edmundo Valdez
Jam Construction, Inc.
P.O. Box 497
Freer, TX 78357-0407
(361) 394-6133

Records Custodian for Venture II
P.O. Box 733
Boerne, TX 78006
(210) 336-2828

John Vickers
Gibson Pipeline Services, Inc.
P.O. Box 159
Sinton, TX 78387
(361) 364-4019

Gordon P. Ware
Koch Pipeline Company, L.P.
8606 IH 37
Corpus Christi, TX 79409
(361) 394-7961

Virgal Wiederkehr - Property Owner
7607 Brookhollow Cove
Austin, TX 78752
(512) 454-9093

Records Custodian for Wilson Supply
1302 Conti

Koch Pipeline Company, L.P.'s Initial Disclosures - Page 6
H \office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Discover\INI-DISC.WPD

P.O. Box 1492
Houston, TX 77251-1492
(713) 237-3700

The following witnesses have been named by one or more adverse parties as persons with knowledge of facts relevant in this suit. The identities and other information revealed by adverse parties in discovery process is copied below.

    Robert Couser
    5835 Castlebrook
    San Antonio, TX 78218
    (210) 655-8914

    Mike Wendel
    Wendel & Associates
    545 N. Upper Broadway, Ste. 603
    Corpus Christi, TX 78476
    (361) 883-6930

    Jeff Moody
    (Address and telephone unknown)

    Frank Rizzo
    18526 Mellowgrove Lane
    Spring, TX 77379
    (713) 408-2363

    **2.**    **Copies of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of these Defendants that are relevant to disputed facts alleged with particularity in the pleadings are enclosed and are described as follows:**

    a.    Damage Summary

    b.    Rectifier Data

    c.    Leak Data

    d.    Leak Repairs

    e.    Suction Line

f.   Discharge Line

g.   Smart Pig Run

h.   Discharge Line 1.2 Miles

i.   KPL Labor Cost

j.   Leak Assessment Geoprobe Delineation

k.   Remediation Costs Breakdown

l.   Land Owner Expenses

m.   Photographs

n.   Intermittent Service Agreement

o.   B. Mumme's Correspondence

p.   Moos' Correspondence

q.   Duval Station Correspondence

r.   Duval Station Field Documentation

s.   Duval Station Financial

t.   Duval Station Bids

u.   Duval Station Analytical

v.   Duval Station Reports

3.   **Computations of any category of damages claimed by Plaintiffs, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

a.   Duval Station Estimated Damages

| Cost to Date | Addt'l Cost Projected |
|---|---|
| $94,295.89 | 10 Year Total - $2,570,318.77 |

The "Cost Projected" figures included in this document represent estimates only, and are subject to change.

  **4.**  **Any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

  a.  None are known to exist at the time this pleading was filed.

  **5.**  **There is no duty to disclose privileged documents. Privileged documents or information shall be identified and the basis of the claimed privilege shall be disclosed:**

  a.  Koch Pipeline Company, L.P., Plaintiff asserts the right not to disclose documents which are privileged and exempt from discovery pursuant to the attorney-client privilege, work product privileges, Fed. R. Civ. P. 26, purely consulting expert privileges Fed. R. Civ. P. 26, party communication, Fed. R. Civ. P. 26, witness statement privileges, Fed. R. Civ. P. 26. These documents include, without limitation, all correspondence and records of communications between attorneys and Plaintiff or employees, between attorneys and Plaintiff's insurers, and internal communications within Plaintiff's companies or their insurer after Plaintiff learned that Defendant had retained an attorney to defend them in this matter.

           Respectfully submitted,

           Robert E. Pinnell
           Kansas State Bar No. 15270
           Federal I.D. No. 19419
           Of Counsel
           Koch Industries, Inc.
           Legal Department
           4111 East 37th Street North
           Wichita, Kansas 67201
           (316) 828-8522 Telephone
           (316) 828-4780 Facsimile

           and

Gene R. Ward
Texas State Bar No. 2084150
Federal I.D. No. 7645
Attorney in Charge
Tom M. Harrison
Texas State Bar No.09122300
Federal I.D. No: 1891
Hornblower, Manning & Ward
Professional Corporation
P.O. Box 2728
Corpus Christi, TX  78403-2728
(361) 888-8041 Telephone
(361) 888-8222 Facsimile

_____
ATTORNEYS FOR PLAINTIFF, KOCH PIPELINE
COMPANY, L.P.

# CERTIFICATE OF SERVICE

I certify that on June 6th, 2000, a complete and correct copy of **Koch Pipeline Company L.P.'s Initial Disclosures** was served on each party by delivery to the following attorney(s) of record in the manner indicated below:

**VIA CM/RRR NO: 7099 3220 0004 6568 7743**
Mr. Nathan M. Rymer
Smith, Rymer, Moore & Moos
2801 Post Oak Blvd., Suite 250
Houston, TX 77056


_____
Tom M. Harrison
Gene R. Ward