United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Koch Pipeline Company, L.P. | § | 33 |
| VS. | § | CIVIL ACTION NO. C-00-100 |
| Wendel & Associates, Inc. | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Koch Pipeline Company L.P.'s Initial Disclosures__ however, it is deficient in the area (s) checked below:

1. __X__ Pleading is not signed. (LR11.3)  Not signed by, or by permission of, attorney in charge.
2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)
3. ___ Caption of the pleading is incomplete (LR10.1)
4. ___ No certificate of service, or explanation why service is not required (LR5.4)
5. ___ No statement re conference w/opposing counsel (LR7.1D)
6. ___ Separate proposed order not attached (LR7.1C)
7. ___ Motion to consolidate is not in compliance with LR7.6
8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 7-11-00

(Re: D.E. #32)/smw

_____
JUDGE PRESIDING