IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. NO. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## DEFENDANT'S INITIAL DISCLOSURES

TO: KOCH PIPELINE COMPANY, L.P., Plaintiff, by and through its attorneys of record Mr. Gene R. Ward, Hornblower, Manning & Ward, P.O. Box 2725, Corpus Christi, Texas 78403-2728 and Mr. Robert E. Pinnell, Legal Department, Koch Industries, Inc., 4111 E. 37th Street North, Wichita, Kansas 67220

COMES NOW, WENDEL & ASSOCIATES, INC., Defendant herein, and serves this its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

RESPONSE:

Objection. Defendant objects to this request on the grounds that it invades the attorney/client, work product, investigative, party communications and/or consulting only expert privileges.

Subject to the foregoing objections and without waiving same, Defendant states as follows:

Robert Couser
5835 Castlebrook
San Antonio, Tx 78218
210-655-8914

35.

This witness was identified by Koch Pipeline Company, L.P. as an employee of Defendant who allegedly improperly connected the rectifier in question. This witness is currently employed by defendant.

Rick Underwood
Koch Pipeline Company, L.P.
8806 IH-37
Corpus Christi, Texas 78409
(361) 242-5520

This witness was identified by Koch Pipeline Company, L.P. as Koch Pipeline Company, L.P. corrosion control personnel that allegedly reconnected rectifier correctly.

Greg Bommer
Koch Pipeline Company, L.P.
8806 IH-37
Corpus Christi, Texas 78409
(361) 242-5508

This witness was identified by Koch Pipeline Company, L.P. as Koch Pipeline Company, L.P. corrosion control personnel that allegedly reconnected rectifier correctly.

Mike Wendel
Wendel & Associates
545 N. Upper Broadway, Ste. 603
Corpus Christi, Texas 78476
(361) 883-6930

This witness is the President of Defendant. He has knowledge of the rectifier in question.

B. K. Mumme
Koch Pipeline Company, L.P.
8806 IH-37
Corpus Christi, Texas 78409

2

This witness was identified by Koch Pipeline Company, L.P. as a Koch Pipeline Company, L.P. employee involved in the investigation of the incidents made the basis of this lawsuit.

Dago Gonzalez
Koch Pipeline Company, L.P.
P.O. Box 210
Freer, Texas 78357
(361) 394-7961

This witness was identified by Koch Pipeline Company, L.P. as the Koch Pipeline Company, L.P. employee who allegedly discovered a leak in the pipeline in question.

Jason Hill
(address and telephone unknown)

This witness has been identified by Koch Pipeline Company, L.P. as a Koch Pipeline Company, L.P. employee who allegedly confirmed a leak in the pipeline in question.

Fermin Munoz
Texas Railroad Commission
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as an agency contact regarding an alleged leak in the pipeline in question.

Matt Robertson
National Response Center
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as an agency contact regarding an alleged leak in the pipeline in question.

Virgal Leon Wiederkehr
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as the landowner for the property where the alleged leak in the pipeline occurred.

3

James Stiles
P.O. Box 114
Freer, Texas 78357
(512) 394-7950

This witness was identified by Koch Pipeline Company, L.P. as a potential witness to the alleged leak to the pipeline in question.

Representative of
Dawson Production Services
P.O. Box 454
San Antonio, Texas 78292-0454

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Edmundo Valdez
Roel Perez
and Corporate Representative
JAM Construction, Inc.
P.O. Box 407
Freer, Texas 78357
(512) 394-6133

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Representative of
H & K Vacuum Trucks, Inc.
P.O. Drawer 370
Sinton, Texas 78387

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

4

Russell Gibson
John Vickers
Gibson Pipeline Services, Inc.
P.O. Box 159
Sinton, Texas 78387
(512) 364-4019

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Corporate Representative
AFC Lease Service, Inc.
P.O. Box 776
Sinton, Texas 78387-0776

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Corporate Representative
Wilson Supply
1302 Conti
P.O. Box 1492
Houston, Texas 77251-1492
(713) 237-3700

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Corporate Representative
Alamo Lumber Company
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Corporate Representative
National Oil Well
Drawer H
105 S. Norton
Freer, Texas 78357
(361) 394-6115

5

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Corporate Representative
H & W Construction, Inc.
P.O. Box 9667
Corpus Christi, Texas 78469-9667

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Corporate Representative
Tuboscope Pipeline Services, Inc.
P.O. Box 808
Houston, Texas 77001
(713) 799-5100

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having performed repairs to the pipeline question.

Gabriel Lugo
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as a Koch Pipeline Company, L.P. employee with knowledge of relevant facts.

Mike Hallgarth
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as a Koch Pipeline Company, L.P. employee with knowledge of relevant facts.

Dan Smading
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as a Koch Pipeline Company, L.P. employee with knowledge of relevant facts.

Dave Brungardt
(address and telephone unknown)

This witness was identified in documents produced by Koch Pipeline Company, L.P. as a Koch Pipeline Company, L.P. employee with knowledge of relevant facts.

Corporate Representative
Applied Earth Sciences, Inc.
P.O. Box 201113
Houston, Texas 77216-1113
(713) 981-7140

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having knowledge of relevant facts.

Corporate Representative
Venture II Environment Drilling, Inc.
P.O. Box 733
Boerne, Texas 78006
(210) 336-2828

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having knowledge of relevant facts.

Corporate Representative
Intek Corporation
10410 Rockley Road
Houston, Texas 77099
(281) 498-5855

This witness was identified in documents produced by Koch Pipeline Company, L.P. as having knowledge of relevant facts.

Jeff Moody
(address and telephone unknown)

This witness will testify regarding his knowledge of the pipeline in question.

7

Frank Rizzo
18526 Mellowgrove Lane
Spring, Tx 77379
713-408-2363

This witness is defendant's retained expert witness.

(B)  A copy of, or a description by category and location of, all documents, data compilations and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**RESPONSE:**

Objection. Defendant objects to this request on the grounds that it invades the attorney/client, work product, investigative, party communications and/or consulting only expert privileges. Defendant is withholding documents based upon these objections.

Subject to the foregoing objections and without waiving same, Defendant states as follows:

Defendant identifies and produces herewith documents bearing bates stamped nos. 000001 through 000005 which are responsive to this request. Defendant further identifies all documents produced by Plaintiff with Plaintiff's October 20, 1999 correspondence from B.K. Mumme. Said documents are available for inspection and copying at the offices of the undersigned on a mutually convenient date.

(C)  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:**

Not applicable to Defendant because Defendant is not claiming damages in this cause.

8

(D)  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

Defendant identifies the following insurance policies which were previously produced to Plaintiff's counsel and which are responsive to this request:

1.  Admiral Insurance Policy No. A98AG93213

2.  Admiral Insurance Policy No. A98AU01080

3.  Admiral Insurance Policy No. A99AG93992

4.  Admiral Insurance Policy No. A99AU01177

5.  Guaranty National Insurance Company Policy No. FFX1000866

6.  Guaranty National Insurance Company Policy No. FFX1000855

Respectfully submitted,

By: *[signature]*
Nathan M. Rymer
State Bar No.: 00792814
Federal I.D. No.: 18902
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Facsimile: (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANT
WENDEL & ASSOCIATES, INC.

9

OF COUNSEL:

SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon opposing counsel of record herein via Certified Mail, Return Receipt Requested and by facsimile, on this _27_ day of June, 2000, addressed as follows:

Mr. Gene R. Ward
Mr. Tom Harrison
Hornblower, Manning & Ward
P.O. Box 2725
Corpus Christi, Texas 78403-2728

Mr. Robert E. Pinnell
Legal Department
Koch Industries, Inc.
4111 E. 37th Street North
Wichita, Kansas 67220

_____
Nathan M. Rymer

10

# EXHIBITS NOT IMAGED