United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## ORDER

On this day came to be considered Defendant's Unopposed Motion for Leave to Fourth Amended Answer. The Court, having reviewed the motion is of the opinion such motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion for Leave to File Fourth Amended Answer is hereby GRANTED.

SIGNED this _____ day of __November__, 2000.

_____
HONORABLE JANIS G. JACK
UNITED STATES DISTRICT COURT JUDGE