United States District Court
Southern District of Texas
FILED

DEC 5 - 2000

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-100 |
| | § | |
| WENDEL & ASSOCIATES, INC. | § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  Pursuant to Local Rule 10 of the United States District Court, Southern District, the parties hereby file this Notice of Settlement of all claims in this case. This follows the verbal announcement of the settlement made to the Court on November 28, 2000. The parties will have all concluding documents completed and filed within thirty (30) days.

_See attached_
Nathan M. Rymer
Texas State Bar No. 00792814
Federal I.D. No. 18902
Smith, Rymer, Moore & Moos, P.C.
2801 Post Oak Blvd., Suite 250
Houston, TX 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

. OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No. 14413900
Federal I.D. No. 15545
Ewell "Jack" Jackson, IV
Texas State Bar No. 00792598
Federal I.D. No. 18775

---

Notice of Settlement - Page 1
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Settl-Not-Fed.wpd

and

*[signature: Gene Ward]*

Gene R. Ward
State Bar No.: 20841500
Federal ID No.: 7645
Local Counsel for Plaintiff,
Koch Pipeline Company, L.P.
P. O. Box 2728
Corpus Christi, TX 78403-2728
(361) 888-8041
FAX: (361) 888-8222

OF COUNSEL:
HORNBLOWER, MANNING & WARD
Professional Corporation

**Notice of Settlement - Page 2**
H:\office\wpwin\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Settl-Not-Fed.wpd

RECEIVED
DEC 0 4 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

KOCH PIPELINE COMPANY, L.P.      §
                                 §
VS.                              §      CIVIL ACTION NO. C-00-100
                                 §
WENDEL & ASSOCIATES, INC.        §

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Rule 10 of the United States District Court, Southern District, the parties hereby file this Notice of Settlement of all claims in this case. This follows the verbal announcement of the settlement made to the Court on November 28, 2000. The parties will have all concluding documents completed and filed within thirty (30) days.

*[signature]*

Nathan M. Rymer
Texas State Bar No. 00792814
Federal I.D. No. 18902
Smith, Rymer, Moore & Moos, P.C.
2801 Post Oak Blvd., Suite 250
Houston, TX 77056
Telephone:    (713) 626-1550
Telecopier:   (713) 626-1558

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No. 14413900
Federal I.D. No. 15545
Ewell "Jack" Jackson, IV
Texas State Bar No. 00792598
Federal I.D. No. 18775

Notice of Settlement - Page 1
H:\office\wjrwlrl\wpdocs\TRIAL\KOCH\Wendel\Pldgs\Settl-Not-Fed.wpd