IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC 13 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, KOCH PIPELINE COMPANY, L.P. Plaintiff and WENDEL & ASSOCIATES, INC., Defendant in the above-entitled and numbered cause and file this their stipulated Motion to Dismiss this cause with prejudice for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between Plaintiff, KOCH PIPELINE COMPANY, L.P. and Defendant, WENDEL & ASSOCIATES, INC. This is a stipulated dismissal with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedures.

WHEREFORE, Plaintiff, KOCH PIPELINE COMPANY, L.P. and Defendant, WENDEL & ASSOCIATES, INC., request the Court to enter an order dismissing this lawsuit with prejudice to the rights of Plaintiff to refile the same or any part thereof, with each party to bear their own costs.

Dated: December __11__, 2000.

Respectfully submitted,

By: /s/ Nathan M. Rymer
Nathan M. Rymer
State Bar No.: 00792814
Federal I.D. No.: 18902
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Telecopier: (713) 626-1558

ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

Robert E. Pinnell
Kansas State Bar No. 15270
Federal I.D. No. 19419
of Counsel
Koch Industries, Inc.
Legal Department
4111 East 37th Street North
Wichita, Kansas 67201
Telephone: (316) 828-8522
Facsimile: (316) 828-4780
and

2

Gene R. Ward
Texas State Bar No. 2084150
Federal I.D. No. 7645
Attorney in Charge
Tom M. Harrison
Texas State Bar No. 09122300
Federal I.D. No. 1891
P.O. Box 2725
Corpus Christi, Texas 78403-2728
Telephone: (361) 888-8041
Facsimile: (361) 888-8222

By: _____
ATTORNEYS FOR PLAINTIFF
KOCH PIPELINE COMPANY, L.P.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## ORDER

ON THIS DAY, Plaintiff, KOCH PIPELINE COMPANY, L.P. and Defendant, WENDEL & ASSOCIATES, INC.'s stipulated Motion to Dismiss with Prejudice was considered by the Court. The Court is of the opinion that said Motion should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintifff, KOCH PIPELINE COMPANY, L.P.'s lawsuit against WENDEL & ASSOCIATES, INC. is dismissed with prejudice to refiling. It is, further

ORDERED, ADJUDGED and DECREED that each party bear its own cost.

All relief not expressly granted is denied.

SIGNED this ____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

By: _____  
Nathan M. Rymer  
State Bar No.: 00792814  
Federal I.D. No.: 18902  
2801 Post Oak Blvd., Ste. 250  
Houston, Texas 77056  
Telephone: (713) 626-1550  
Facsimile: (713) 626-1558  

ATTORNEY-IN-CHARGE FOR DEFENDANT,  
WENDEL & ASSOCIATES, INC.

OF COUNSEL:  
SMITH, RYMER, MOORE & MOOS, P.C.  
Marvin C. Moos  
State Bar No.: 14413900  
Federal I.D. No.: 15545  
Ewell H. "Jack" Jackson, IV  
State Bar No.: 00792598  
Federal I.D. No.: 18775  

Gene R. Ward  
Texas State Bar No. 2084150  
Federal I.D. No. 7645  
Attorney in Charge  
Tom M. Harrison  
Texas State Bar No. 09122300  
Federal I.D. No. 1891  
P.O. Box 2725  
Corpus Christi, Texas 78403-2728  
Telephone: (361) 888-8041  
Facsimile: (361) 888-8222  

Robert E. Pinnell  
Kansas State Bar No. 15270  
Federal I.D. No. 19419  
of Counsel  
Koch Industries, Inc.  
Legal Department  
4111 East 37th Street North  
Wichita, Kansas 67201  
Telephone: (316) 828-8522  
Facsimile: (316) 828-4780  

_____  
ATTORNEYS FOR PLAINTIFF  
KOCH PIPELINE COMPANY, L.P.

2