United States District Court
Southern District of Texas
ENTERED

DEC 21 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KOCH PIPELINE COMPANY, L.P. | § | |
| | § | |
| V. | § | C.A. No. C-00-100 |
| | § | (JURY REQUESTED) |
| WENDEL & ASSOCIATES, INC. | § | |

## ORDER

ON THIS DAY, Plaintiff, KOCH PIPELINE COMPANY, L.P. and Defendant, WENDEL & ASSOCIATES, INC.'s stipulated Motion to Dismiss with Prejudice was considered by the Court. The Court is of the opinion that said Motion should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintifff, KOCH PIPELINE COMPANY, L.P.'s lawsuit against WENDEL & ASSOCIATES, INC. is dismissed with prejudice to refiling. It is, further

ORDERED, ADJUDGED and DECREED that each party bear its own cost.

All relief not expressly granted is denied.

SIGNED this 19th day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE

40.

APPROVED AND ENTRY REQUESTED:

By: /s/ Nathan M. Rymer
Nathan M. Rymer
State Bar No.: 00792814
Federal I.D. No.: 18902
2801 Post Oak Blvd., Ste. 250
Houston, Texas 77056
Telephone: (713) 626-1550
Facsimile: (713) 626-1558

OF COUNSEL:
SMITH, RYMER, MOORE & MOOS, P.C.
Marvin C. Moos
State Bar No.: 14413900
Federal I.D. No.: 15545
Ewell H. "Jack" Jackson, IV
State Bar No.: 00792598
Federal I.D. No.: 18775

ATTORNEY-IN-CHARGE FOR DEFENDANT,
WENDEL & ASSOCIATES, INC.

Gene R. Ward
Texas State Bar No. 2084150
Federal I.D. No. 7645
Attorney in Charge
Tom M. Harrison
Texas State Bar No. 09122300
Federal I.D. No. 1891
P.O. Box 2725
Corpus Christi, Texas 78403-2728
Telephone: (361) 888-8041
Facsimile: (361) 888-8222

Robert E. Pinnell
Kansas State Bar No. 15270
Federal I.D. No. 19419
of Counsel
Koch Industries, Inc.
Legal Department
4111 East 37th Street North
Wichita, Kansas 67201
Telephone: (316) 828-8522
Facsimile: (316) 828-4780

/s/ Gene Ward
ATTORNEYS FOR PLAINTIFF
KOCH PIPELINE COMPANY, L.P.

2